**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECUITY *and* U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>*Defendants*. | Civil Action No. 26-cv-3393 (BAH) |

**JOINT STATUS REPORT**

Pursuant to the Court's September 29, 2026, Minute Order, Plaintiffs Citizens for Responsibility and Ethics in Washington (CREW) and Defendants the U.S. Department of Homeland Security (DHS) and U.S. Citizenship and Immigration Services (USCIS) (collectively, the parties) respectfully submit this Joint Status Report.

**Defendants' position**: Plaintiff's Motion for a Preliminary Injunction, ECF No. 3, is moot insofar as it requests expedited processing of Plaintiff's Freedom of Information Act (FOIA) request. Defendants have begun processing Plaintiff's FOIA request and thus the relief provided by expedited processing – moving to the front of the queue – has already been provided. DHS has referred Plaintiff's request to USCIS. USCIS has tasked Plaintiff's FOIA request to multiple DHS components. Defendants require a short amount of additional time to determine the status of searches and the volume of responsive records. Defendants will confer with Plaintiff on a production schedule by Friday, October 2, 2026.

**Plaintiff's position:** Plaintiff's request for expedited processing is not "moot" unless and until (1) the agencies have formally granted expedited processing; or (2) this Court orders expedited processing. Furthermore, Plaintiff's position is that its request for a preliminary injunction is also not moot until its requests for expedited processing are granted and Defendants begin processing records at a rate of 1,000 pages of potentially responsive records a week and

releasing any non-exempt responsive records on a weekly basis. However, in light of Defendants' representations that Defendants have begun processing Plaintiff's FOIA request, Plaintiff agrees that this Court may defer ruling on Plaintiff's motion at this time.

**The parties' joint proposal**: The parties propose they submit a joint status report no later than 5:00 p.m. on Monday, October 5, 2026, apprising the Court of the parties' efforts to agree on a briefing schedule and processing rate.

Date; September 30, 2026

Respectfully submitted

*/s/Lauren C. Bingham*
Lauren C. Bingham (D.C. Bar No. 90043462)
Samantha M. Creighton (D.C. Bar No. 90043959)*
Kayvan Farchadi (D.C. Bar No. 1672753)
John B. Hill (D.C. Bar No. 90044825)
Nikhel S. Sus (D.C. Bar No. 1017937)
CITIZENS FOR RESPONSIBILITY
AND ETHICS IN WASHINGTON
P.O. Box 14596 Washington, DC 20044
(202) 408-5565
lbingham@citizensforethics.org
screighton@citizensforethics.org
kfarchadi@citizensforethics.org
jhill@citizensforethics.org
nsus@citizensforethics.org

**pro hac vice motion filed*

BRETT A. SHUMATE
Assistant Attorney General

*/s/ __Elizabeth J. Shapiro___*
ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch