**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHNGTON,<br><br>*Plaintiff*,<br><br>v.<br><br>The U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>*Defendants*. | Civil Action No. 26-cv-3393 (BAH) |

**JOINT STATUS REPORT**

Pursuant to the Court's October 5, 2026, Minute Order, Plaintiffs Citizens for Responsibility and Ethics in Washington ("CREW") and Defendants the U.S. Department of Homeland Security ("DHS") and U.S. Citizenship and Immigration Services ("USCIS") (collectively, the Parties) respectfully submit this Joint Status Report.

As previously discussed by the Parties and included in the Joint Status Report of October 5, 2026, ECF No. 13, Defendant USCIS has undertaken a preliminary search and identified a low volume of responsive records in custody of USCIS's Fraud Detection and National Security ("FDNS") Directorate. USCIS is processing any non-exempt records for disclosure in consultation with DHS. USCIS anticipates this initial batch of records will be disclosed by October 9, and no later than October 16.

USCIS continues its effort to identify any gaps in the results of its search or any additional USCIS personnel who may need to be searched. Defendants' counsel will apprise Plaintiff's counsel of any updates regarding USCIS's ongoing efforts.

In the Parties' previous Joint Status Report, the Parties reported that DHS had identified at least the Office of Public Affairs ("OPA"), Office of Homeland Security Statistics ("OHSS"), and Office of the Deputy Assistant Secretary for Election Integrity as potentially having responsive records and that DHS was undertaking a search of those offices. The Parties committed to DHS reporting the results of its preliminary searches of OPA and OHSS by today's date, October 7.

DHS has completed its preliminary search of OPA and OHSS. DHS had identified a low volume of responsive records in custody of OPA. DHS is processing those records and anticipates a disclosure to Plaintiff of these records will occur no later than October 30. DHS will ascertain a page number for those records and provide that figure to Plaintiff no later than October 14. OHSS did not possess any responsive records.

DHS continues to search the Office of the Deputy Assistant Secretary for Election Integrity for any responsive records. DHS anticipates a search of that office will be completed by October 14. DHS will inform Plaintiff of the preliminary results of that search no later than October 14.

**The Parties' Proposal:**

The Parties continue to work together to avoid the need for unnecessary briefing. They request that this Court continue to stay briefing and consideration of Plaintiff's Motion for a Preliminary Injunction, ECF No. 3, until further report from the Parties.

The Parties shall meet and confer on or before Wednesday, October 14. Following that meeting, the Parties propose filing a Joint Status Report on Wednesday, October 14, at 6:00 p.m. That Status Report shall include (1) an update on USCIS's processing and disclosure, including whether USCIS has made its initial disclosure expected October 9, 2026; (2) the number of pages located in DHS's OPA that DHS is processing; and (3) the preliminary results of DHS's search of the Office of the Deputy Assistant Secretary for Election Integrity.

Dated: October 7, 2026.

Respectfully submitted,

*/s/ Lauren C. Bingham*
Lauren C. Bingham (D.C. Bar No. 90043462)
Samantha M. Creighton (D.C. Bar No. 90043959)*
Kayvan Farchadi (D.C. Bar No. 1672753)
John B. Hill (D.C. Bar No. 90044825)
Nikhel S. Sus (D.C. Bar No. 1017937)
CITIZENS FOR RESPONSIBILITY
AND ETHICS IN WASHINGTON
P.O. Box 14596 Washington, DC 20044
(202) 408-5565
lbingham@citizensforethics.org
screighton@citizensforethics.org
kfarchadi@citizensforethics.org
jhill@citizensforethics.org
nsus@citizensforethics.org

**admitted pro hac vice*

BRETT A. SHUMATE
Assistant Attorney General

*/s/ Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch